1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff LARY FEEZOR

6  LINDA M. MORONEY, SBN 172668
   GORDON & REES LLP
7  275 Battery Street, Suite 2000
   San Francisco, CA 94111
8  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
9
   Attorneys for Defendant TATA FOODS
10 CORPORATION

11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 | LARY FEEZOR,                         | Case No. 2:11-cv-01965-LKK-CMK |
16 |     Plaintiff,                       |                                |
17 | v.                                   | STIPULATION FOR DISMISSAL OF DEFENDANT TATA FOODS CORP. dba DENNY'S #6886 and ORDER THEREON |
18 | TATA FOODS CORP. dba DENNY'S #6886; PROSPERITY PROPERTIES BTM, LLC, | |
19 |                                      |                                |
20 |     Defendants.                      |                                |
21

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, TATA FOODS CORP. dba DENNY'S #6886 (who answered plaintiff's complaint as Tata Foods Corporation dba Denny's #6886), stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(2) **as to defendant TATA FOODS CORP. dba DENNY'S #6886 *only***.

Nothing in this request shall be construed to affect plaintiff's complaint and claims against defendants other than defendant **TATA FOODS CORP. dba DENNY'S #6886**.

Dated: March 15, 2012				DISABLED ADVOCACY GROUP, APLC

					 */s/   Lynn Hubbard*
					LYNN HUBBARD III
					Attorney for Plaintiff Lary Feezor

Dated: March 15, 2012				GORDON & REES LLP

					 */s/   Linda M. Moroney*
					LINDA M. MORONEY
					Attorney for Plaintiff TATA FOODS CORP. dba DENNY'S #6886

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01965-LKK-CMK, is hereby dismissed with prejudice as to defendant TATA FOODS CORP. dba DENNY'S #6886.

Dated: March 16, 2012.

					*[signature]*
					LAWRENCE K. KARLTON
					SENIOR JUDGE
					UNITED STATES DISTRICT COURT