1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff LARY FEEZOR

6  LINDA M. MORONEY, SBN 172668
   GORDON & REES LLP
7  275 Battery Street, Suite 2000
   San Francisco, CA 94111
8  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
9
   Attorneys for Defendant TATA FOODS
10 CORPORATION

11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 LARY FEEZOR,                          Case No. 2:11-cv-01965-LKK-CMK

16      Plaintiff,

17 v.                                    STIPULATION FOR DISMISSAL OF
                                         DEFENDANT TATA FOODS CORP. dba
18 TATA FOODS CORP. dba DENNY'S          DENNY'S #6886 and
   #6886; PROSPERITY PROPERTIES          ORDER THEREON
19 BTM, LLC,

20      Defendants.
                                      /
21

22

23

24

25

26

27

28

Stipulation for Dismissal of Defendant Tata Foods            *Feezor v. Tata Foods Corp., et al.*
Corp. and Order Thereon                - 1 -                 Case No. 2:11-cv-01965-LKK-CMK

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, TATA FOODS CORP. dba DENNY'S #6886 (who answered plaintiff's complaint as Tata Foods Corporation dba Denny's #6886), stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(2) **as to defendant TATA FOODS CORP. dba DENNY'S #6886 *only***.

Nothing in this request shall be construed to affect plaintiff's complaint and claims against defendants other than defendant **TATA FOODS CORP. dba DENNY'S #6886**.

Dated: March 15, 2012                    DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff Lary Feezor

Dated: March 15, 2012                    GORDON & REES LLP

 */s/   Linda M. Moroney*
LINDA M. MORONEY
Attorney for Plaintiff TATA FOODS CORP. dba DENNY'S #6886

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01965-LKK-CMK, is hereby dismissed with prejudice as to defendant TATA FOODS CORP. dba DENNY'S #6886.

Dated:  March 16, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT