LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff LARY FEEZOR

WESLEY J. HAMMOND, SBN 171172
WILD, CARTER & TIPTON PC
246 West Shaw Avenue
Fresno, CA 93704
Telephone: (559) 224-2131
Facsimile: (559) 224-8462

Attorneys for Defendant PROSPERITY
PROPERTIES BTM, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>TATA FOODS CORP. dba DENNY'S #6886; PROSPERITY PROPERTIES BTM, LLC,<br><br>    Defendants.<br>_____ / | Case No. 2:11-cv-01965-LKK-CMK<br><br>STIPULATION FOR DISMISSAL and ORDER THEREON |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, PROSPERITY PROPERTIES BTM, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-referenced action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 12, 2012          DISABLED ADVOCACY GROUP, APLC

                                                                     */s/ Lynn Hubbard*
                                                                    LYNN HUBBARD III
                                                                    Attorney for Plaintiff Lary Feezor

Dated: April 12, 2012          WILD, CARTER & TIPTON PC

                                                                    */s/ Wesley J. Hammond*
                                                                    WESLEY J. HAMMOND
                                                                    Attorney for Plaintiff PROSPERITY
                                                                    PROPERTIES BTM, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-01965-LKK-CMK, is hereby dismissed with prejudice.

Dated: April 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT